# CASE ANNOUNCEMENTS
*August 8, 2014*

[Cite as *08/08/2014 Case Announcements*, 2014-Ohio-3430.]

## MEDIATION MATTERS

**2013-0281.   Cox v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2011-L-4495. The court refers this case to mediation under S.Ct.Prac.R. 19.01 and stays all filing deadlines for this case until September 12, 2014, when this case shall be returned from mediation. Appellant's merit brief is due in this case no later than September 15, 2014, and no requests or stipulations for extension of time to file a brief may be filed in this case. As provided in S.Ct.Prac.R. 16.07, the court may dismiss this case or take other action if the parties fail to timely file merit briefs.

**2014-0472.   BAC Home Loans Servicing, L.P. v. Countrywide Home Loans Servicing, L.P.**
Marion App. No. 9-13-40, 2014-Ohio-438. The court refers this case to mediation under S.Ct.Prac.R. 19.01 and stays all filing deadlines for this case until further order of this court. The court will not issue any decision on the merits of this case until mediation has concluded.

# CASE ANNOUNCEMENTS
*August 11, 2014*

[Cite as *08/11/2014 Case Announcements #2*, 2014-Ohio-3452.]

## MOTION AND PROCEDURAL RULINGS

**2014-1319.   State ex rel. Beltowski v. Smith.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition.
   It is ordered by the court that respondents shall file a response to the complaint and to the motion for an expedited ruling no later than 4:00 p.m. on Tuesday, August 12, 2014.

# CASE ANNOUNCEMENTS
*August 12, 2014*

[Cite as *08/12/2014 Case Announcements*, 2014-Ohio-3456.]

## MOTION AND PROCEDURAL RULINGS

**2013-1033.   Crown Castle GT Co. v. Testa.**
Board of Tax Appeals, No. 2012-A-1235. This cause is pending before the court as an appeal from the Board of Tax Appeals.
   Upon consideration of the joint motion to remand to the Board of Tax Appeals to implement a settlement agreement, it is ordered by the court that the motion is granted and the cause is remanded to the Board of Tax Appeals to take further action as appropriate.
   It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.